RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/18/10

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ROLLS ROYCE MARINE SERVICE, INC. | CIVIL ACTION NO. 09-1993 (LEAD) 09-2172 (MEM) |
| VERSUS | JUDGE RICHARD T. HAIK, SR. |
| GEO SHIPYARDS, INC. | MAGISTRATE C. MICHAEL HILL |

## RULING

Considering plaintiff, Rolls Royce Naval Marine, Inc.'s Motion for Partial Summary Judgment (Doc. 28),

IT IS ORDERED that plaintiff's Motion is DENIED at this time.

THUS DONE AND SIGNED, this 18th day, November, 2010, Lafayette, Louisiana

HONORABLE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA